UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>EDWARD DEANDRE LOCKE,<br><br>                    Defendant. | Case No. 18-132-RAJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING NEW COUNSEL** |

The Court **GRANTS** defendant's motion to permit his current lawyer, Allen Ressler, to withdraw, Dkt. 110, and **ORDERS**:

1. Defendant's lawyer Allen Ressler may withdraw, once new counsel is appointed.

2. New counsel from the CJA panel shall be appointed to represent defendant.

3. The Clerk shall provide a copy of this order to the parties and assigned District Judge.

DATED this 11th day of June, 2018

                                                                BRIAN A. TSUCHIDA
                                                                United States Magistrate Judge