# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD DEANDRE LOCKE, <br><br> Defendant. | Case No. 18-132-RAJ <br><br> **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

The Court GRANTS defendant's motion to modify release. Dkt. 600. Defendant has been on pretrial services supervision for over a year without incident and the pretrial office does not oppose the request that defendant be permitted to be on Stand Alone Monitoring. The Court understands that given the pretrial services position, the Government does not oppose the motion. The Court accordingly ORDERS: The motion to modify is GRANTED. Dkt. 600. Defendant's conditions of release are modified to permit Stand Alone Monitoring. All other conditions of release previously ordered shall remain effect

DATED this 8th day of August, 2019

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge