Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD DEANDRE LOCKE,

Defendant.

No. CR18-132RAJ

ORDER GRANTING
DEFENDANT'S MOTION TO
CONTINUE SENTENCING

THIS MATTER comes before the Court upon Defendant Edward Deandre Locke's Motion to Continue Sentencing Date. The Court, having reviewed Defendant's motion, which is not opposed by the Government, having reviewed the files and pleadings herein, and finding good cause,

IT IS ORDERED that Defendant's Motion (Dkt. #599) is GRANTED. Defendant Edward Deandre Locke's sentencing is continued from September 6, 2019 to **November 22, 2019 at 9:00 a.m.**

DATED this 12th day of August, 2019.

The Honorable Richard A. Jones
United States District Judge