The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0132 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING DEFENDANT'S MOTION FOR OVERLENGTH BRIEF |
| v. | |
| EDWARD DEANDRE LOCKE, | |
| Defendant. | |

THIS MATTER, having come before the Court upon the Defendant's motion to file an overlength brief, and the Court finding good cause,

IT IS ORDERED THAT Defendant Locke's Motion (Dkt. #773) is GRANTED. Defendant may file an overlength motion in excess of 12 pages.

DATED this 18th day of May, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge