The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> EDWARD DEANDRE LOCKE, <br> Defendant. | NO. CR18-132 RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH BRIEF |

Upon review the unopposed motion of the defendant to file an overlength reply brief, the Court finds good cause and by leave of the Court, the motion (Dkt. #789) is GRANTED.

DATED this 26th day of May, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge