The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDWARD DEANDRE LOCKE,<br><br>Defendant. | NO.  CR18-0132 RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS |

This matter comes before the Court on Defendant Edward Locke's Motion to Modify Supervised Release Conditions.  Dkt. 814.  Having considered the motion and the files and pleadings herein, the Court hereby **DENIES** the motion.

DATED this 10th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1