The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD DEANDRE LOCKE, <br><br> Defendant. | No. CR18-132 RAJ <br><br> ORDER GRANTING MOTION TO EXTEND BRIEFING SCHEDULE |

The Court, having considered the United States' unopposed motion to extend briefing schedule and other facts apparent from the record,

Hereby ORDERS that the Motion (Dkt. 1041) is GRANTED. The deadline for the Government to respond to Defendant's Motion to Modify Conditions of Release is extended to no later than August 31, 2022. The Response has been filed as of this date, as well as defendant's Reply. As the briefing is now complete and under consideration by the Court, the request to re-note the motion is moot.

DATED this 31st day of August 31, 2022.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND BRIEFING - 1
*United States v. Locke*, CR18-132 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970